UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-2336-L |
| Plaintiff, | ) ) | |
| | ) | ORDER AND JUDGMENT GRANTING MOTION TO DISMISS |
| vs. | ) ) | |
| RUDY GARAY CAMPOS (1), | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED, upon the motion of the United States, and good cause appearing, that the Indictment in the above-entitled case be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: February 21, 2013

_____
M. James Lorenz
United States District Court Judge